IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HOWARD L. THOMAS, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 5:21-CV-00640-OLG |
| SCOTT DALE CLARK, *et al.*, | | |
| Defendants. | | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
FOR DEFENDANTS WILSON COUNTY, TEXAS,
DEPUTY FRANK ASHTON, AND SHERIFF JIM STEWART**

Defendants Wilson County, Texas, Deputy Frank Ashton[1], and Sheriff Jim Stewart (collectively "County Defendants") notify the Court and parties that the following attorney is appearing as additional counsel of record for the County Defendants:

Tiffany Santhavi
State Bar No. 24103917
GERMER PLLC
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
(713) 650-1313
(713) 739-7420 (Facsimile)
tsanthavi@germer.com

Ben Zinnecker will remain as the lead attorney of record in this case for the County Defendants.

---

[1] Deputy Frank Ashton is erroneously named "Roy Ashton" in the state court case caption.

1414190

County Defendants request the above-referenced additional counsel be added to the docket in the above-entitled matter, and the above-referenced attorney be served with all filings, documents, and notices in this matter.

Respectfully,

By: */s/ Ben Zinnecker*
Ben Zinnecker
State Bar No. 24066504
bzinnecker@germer-austin.com
Tiffany Santhavi
State Bar No. 24103917
tsanthavi@germer.com
GERMER BEAMAN & BROWN PLLC
One Barton Skyway
1501 S. Mopac Expy, Suite A400
Austin, Texas 78746
(512) 472-0288 – Telephone
(512) 472-0721 – Facsimile
**COUNSEL FOR DEFENDANTS, WILSON COUNTY, TEXAS, DEPUTY FRANK ASHTON, AND SHERIFF JIM STEWART**

## CERTIFICATE OF SERVICE

I certify that on the 14th day of March, 2022, a copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to all counsel of record pursuant to the Federal Rules of Civil Procedure.

                                        */s/ Ben Zinnecker*
                                        Ben Zinnecker